FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 01 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PATRICIA A. LONG and
AMARIS J. LONG,                          )
                                         )   No. CV-04-344-AAM
                                         )
                                         )   **ORDER DENYING
                                         )   MOTION TO DISMISS
                                         )   AS SANCTION**
                                         )
                    Plaintiffs,          )
                                         )
        vs.                              )
                                         )
                                         )
PEND OREILLE COUNTY                      )
SHERIFF'S DEPARTMENT, et al.,            )
                                         )
                                         )
                                         )
                    Defendants.          )
_____)

**BEFORE THE COURT** is the motion of the Pend Oreille County defendants to dismiss plaintiffs' complaint as a sanction for failure to timely comply with this court's April 13, 2006 order directing that within ten calendar days, plaintiff Partricia Long provide defendants' counsel with a complete copy of her Social Security Disability file, and complete copies of all records of any psychiatric or psychological examinations or evaluations of her since 1985. Alternatively, this court directed that within ten days, plaintiff provide defendants' counsel with signed authorizations enabling him to procure these records directly from the Social Security Administration and medical providers.

**ORDER DENYING MOTION
TO DISMISS AS SANCTION-        1**

1    In his affidavit, plaintiffs' counsel indicates that Patricia Long signed an
2    authorization on April 18, 2006, but that because of a family emergency and
3    circumstances arising therefrom, the authorization was not faxed to defendants'
4    counsel until May 23. Based on the affidavit, this court finds the failure of plaintiffs'
5    counsel to timely submit the authorization was "substantially justified"
6    and that other circumstances make an award of sanctions "unjust," especially such a
7    drastic sanction as dismissal.  Fed. R. Civ. P. 37(b)(2).  If, however, defendants'
8    counsel requests additional time for discovery and is able to establish that delay in
9    receipt of the signed authorization makes it unreasonable for defendants to meet the
10   July 14 discovery deadline, the court will be inclined to grant the request.  The court
11   assumes that with the authorization, defendants' counsel has access to all the
12   information needed.

"Pend Oreille County Defendants' Motion To Dismiss As Sanction For
Violation Of Court Order" (Ct. Rec. 62) is **DENIED**.

**IT IS SO ORDERED**.  The District Executive is directed to enter this order
and forward copies to counsel of record.

**DATED** this _/th/_ of June, 2006.

_____
ALAN A. McDONALD
Senior United States District Judge

**ORDER DENYING MOTION
TO DISMISS AS SANCTION-        2**