AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PATRICIA A. LONG,
        Plaintiff,

v.

ALAN BOTZHEIM, individually and as Pend Oreille County Deputy Sheriff, and RONALD FROMAN, individually and as Pend Oreille County Deputy Sheriff,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-04-344-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants' pursuant to the Order Entering Rulings From September 21-22, 2009 Trial entered on September 28, 2009, Ct. Rec. 155.

September 28, 2009          JAMES R. LARSEN
*Date*                             *Clerk*
                                   s/ Cora Vargas
                                   *(By) Deputy Clerk*
                                   Cora Vargas